473 A.2d 674

Commonwealth, Appellant, v. Zimmerman.

Submitted November 7, 1983. Gra-

ham C. Showalter, District Attorney, for Commonwealth, appellant; John P. Campana, for appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

The order of the learned Union County Common Pleas Court President Judge A. Thomas Wilson is affirmed.